**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SNOWMAGIC, INC.                                                                PLAINTIFF/
                                                                                    COUNTER-DEFENDANT

v.                          NO. 4:14CV00232 JLH

AQUAPARK HOLDINGS, LLC,                                  DEFENDANT/
d/b/a Wild River Country                                               COUNTER-CLAIMANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 20th day of August, 2015.

                                                     _____
                                                     J. LEON HOLMES
                                                     UNITED STATES DISTRICT JUDGE