IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SNOWMAGIC, INC.                                                      PLAINTIFF

VS.                              NO. 4:14-cv-00232 JLH

AQUAPARK HOLDINGS,
LLC D/B/A WILD RIVER
COUNTRY                                                          DEFENDANT

AQUAPARK HOLDINGS,
LLC D/B/A WILD RIVER
COUNTRY                                                   COUNTER-CLAIMANT

VS.

SNOWMAGIC, INC.                                         COUNTER-DEFENDANT

## CONSENT JUDGMENT

On this date, Defendant and Counter-Claimant, Aquapark Holdings, LLC d/b/a Wild River Country, appeared before this Court by its approval of this Consent Judgment to announce its intention to confess and consent to the entry of judgment as set forth herein. Accordingly, the Court finds and orders as follows:

1.      This Court has jurisdiction over the subject matter of, and parties to, this action, and venue is proper.

2.      Defendant and Counter-Claimant, Aquapark Holdings, LLC d/b/a Wild River Country, has consented to entry of judgment against it in the amount of $65,000.00 and to dismiss its Counterclaim (Doc. #17), as amended (Doc. #41), with prejudice. Plaintiff/Counter-Defendant and Defendant/Counter-Claimant have agreed to bear their own costs and attorney's fees.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that Plaintiff and Counter-Defendant, SnowMagic, Inc., should be, and is hereby, awarded judgment against Defendant and Counter-Claimant, Aquapark Holdings, LLC d/b/a Wild River Country, in the amount of $65,000.00, with post-judgment interest to accrue at the rate of .25% per annum.

IT IS FURTHER ORDERED, that the Counterclaim of Aquapark Holdings, LLC d/b/a Wild River Country (Doc. #17), as amended (Doc. #41), is dismissed, with prejudice.

IT IS FURTHER ORDERED, that Plaintiff/Counter-Defendant and Defendant/Counter-Claimant shall each bear their own costs and attorney's fees.

_____

U.S. DISTRICT COURT JUDGE

DATE: _____

PRECEDENT PREPARED
AND APPROVED BY:

HARDIN & GRACE, P.A.
Attorneys for Aquapark Holdings,
 LLC d/b/a Wild River Country
500 Main Street, Suite A
P.O. Box 5851
North Little Rock, AR 72119-5851
Telephone:   (501) 378-7900
Facsimile:   (501) 376-6337
Email:        dgrace@hardingrace.com


By: ___/s/David A. Grace_____
      David A. Grace
      State Bar No. 76-044

APPROVED BY:

COX, STERLING, McCLURE &
 VANDIVER, P.L.L.C.
8712 Counts Massie Road
North Little Rock, Arkansas 72113
(501) 954-8073
clcox@csmfirm.com


/s/Cade L. Cox
Cade L. Cox (Ark BIN: 98067
*Attorneys for SnowMagic, Inc.*

C:\Users\lccox\AppData\Local\Temp\notes50498A\04-108AquaparkHoldingsSnowMagic_sht.wpd

**CONSENT JUDGMENT/3**